■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAWN PENDER, Appellant. [916 NYS2d 786]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Robbins, J.), rendered September 11, 2009, convicting him of murder in the second degree, attempted robbery in the first degree, and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review of the evidence pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The sentence imposed was not excessive (see *People v Suitte*, 90 AD2d 80, 83 [1982]).

The defendant's remaining contention is without merit. Mastro, J.P., Dillon, Eng and Sgroi, JJ., concur.